④

FILED

APR 2 0 2023

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Jeramiah Brown )
              **Plaintiff(s)** )
)
      **vs.** )
)
Charter Communications Holding CO, LLC )
             **Defendant(s)** )
)

Civil Case No.: S: 23-Cv-490(GTS/ML)

**COMPLAINT PURSUANT
TO THE AMERICANS
WITH DISABILITIES ACT**

Plaintiff(s) demand(s) a trial by: ☐ JURY   ☑ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.,* as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

**PARTIES**

2. a.  Plaintiff:  Jeramiah Brown

      Address:  350033 Eddy Road Lot 85 Theresa New York 13691

  b.  Plaintiff: _____

      Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.   Defendant:          Charter Communications Hold Co

         Official Position:   LLC - Franchise

         Address:            340 Erie Blvd Watertown New York 13601

         _____

         _____


    b.   Defendant:          Charter Communication Holding

         Official Position:   CO, LLC - Franchise

         Address:            _____

         _____

         _____


    Additional Defendants may be added on a separate sheet of paper.


4.  My disability is as follows:

    A Work injury from 12/20/2021 Sustained - Neck Pain, Mid Back Pain, Chronic Bilateral Low Back pain without sciatica, and Cervical Radiculopathy that Supervisor James Garrison inaccurately and inappropriately documented on a Incident and Milestone Log. Supervisor James Garrison intentionally caused me to fall down icy stairs due James Garrison intentionally stepping in front of me while walking.

    Jeramiah was born with TAR Syndrome - Thrombocytopenia-absent radius syndrome.
    Jeramiah's Disability is TAR Syndrome.
    Summary
    TAR syndrome is characterized by the absence of a bone called the radius in each forearm, short stature, and thrombocytopenia. The thrombocytopenia often appears first in infancy but becomes less severe or returns to normal over time. Infants and young children are particularly vulnerable to episodes of severe bleeding which may occur in the brain and other organs. Other signs and symptoms vary but may include heart defects, kidney defects, and other skeletal abnormalities. About half of people with TAR syndrome also have difficulty digesting cow's milk.

    Jeramiah's Work Injuries and Disability made it difficult for Jeramiah to walk long distances, walk upstairs, or drive Long distances. Jeramiah requested Accommodations to work from home. Other employers at Spectrum were allowed to work from home. Accommodations were granted -



5.    The conduct complained of in this action involves:
      (Check all that apply)

      (A)    [✔]    Failure to employ.

      (B)    [ ]    Termination of employment.

      (C)    [ ]    Denial of participation in public service or program.

      (D)    [✔]    Failure to make alterations to accommodate disability.

      (E)    [✔]    Retaliation.

      (G)    [✔]    Other acts as specified below:
                    Harassment - Supervisor James Garrison and Dan Higham falsified
                    reports on the Incident and Milestone Report log Retaliating against
                    Jeramiah for making an ethics Report. Supervisor James Garrison and
                    Dan Higham committed felonies forging inaccurate sequel of events in an
                    Incident and Milestone Log - Retaliating against Jeramiah as an employer
                    with Spectrum Charter Communications.

6.                              **FACTS**

        On the following page, set forth the facts of your case which substantiate your claim of
discrimination.  List the events in the order they happened, naming defendants involved, dates and
places.

        **Note:** Each fact should be stated in a separate paragraph; paragraphs should be
                numbered sequentially.

                You must include allegations of wrongful conduct as to EACH and EVERY
                defendant in your complaint.

                You may use additional sheets as necessary.

- then denied.  On December 12/20/2021 Jeramiah Brown was injured on the job while employed by Spectrum
Charter Communications.
On 12/20/2021 My Supervisor James Garrison refused to document the incident report. On 12/28/2021
Jeramiah complained of neck pain, back pain, and lower back pain from Work Injury to Supervisor James
Garrison and Human Resource Dan Higham. Supervisor James Garrison refused to document the incident
report accurately or at all. On 01/25/2022 Human Resource Dan Higham documented the incident report from
injury on the job on 12/20/2021 due to Supervisor refusing and Subjected Jeramiah Brown to a Drug
Screening. On 01/25/2022 Jeramiah sought out Mental Health services due to injury sustained. Dan Higham
refused to accurately document or provide Mental Health Services to Jeramiah Brown as an employer.

On March 03, 2022 Jeramiah had a Telephone conversation With Dan Higham regards of work related injuries
and requested ADA Accommodations for work injury and Disability - To work from home and requested a job
transfer due to Supervisor James Garrison refusing to document incident of injury. Dan Higham agreed to
accommodate and agreed to a job transfer to  CALL CENTER BUSINESS SALES - $18 PER HOUR, PLUS
Commission to. Dan Higham agreed to accommodate Jeramiah to work from home as long as Jeramiah -



7.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Under Federal Rule of Civil Procedure 8 (a) (2)
Jeramiah requests the Court to respectfully Reward $90,000 for Back-wages, Reinstatement of Job Transfer with ADA Accommodations to work from home as Business Call Center Representative, and Relief for Intentionally Discriminating ADA Title I.

Jeramiah's Salary as an Outside Representative is $55,000.00-$72,000.00.
Jeramiah lost work from March 14, 2022 - Present and ongoing due to Human Resource Intentionally retaliating against the ADA Accommodations Jeramiah submitted for work Injuries and Disability on 03/14/2022.
Spectrum Charter Communications respectfully needs to pay the relief of back-wages and Compensation for intentional violations of ADA Title I with ADA Accommodations. Dan Higham Human Resource retaliated against Jeramiah before and after filing a NYS Division of Human Rights Complaint by not documenting incident reports accurately or professionally. Jeramiah has a Chipped tooth because James Garrison Smacked Jeramiah in the Face with a tablet while mistreating Jeramiah out deployed in the field in December 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    04/17/2023

Signature of Plaintiff(s)
(all Plaintiffs must sign)



Jeramiah Brown

04/17/2023

Jeramiah Brown Vs Charter Communication Holding Co, LLC

Objective: **Complaint Pursuant to The Americans with Disabilities Act – Additional FACTS**

Received ADA – American Disabilities Act Document filled out by Primary Care Physician Dr. Maldonado. Jeramiah received ADA Accommodations by Dr. Maldonado on 03/14/2022 for work related injuries and Disability.

Dan Higham retaliated against Jeramiah Brown with Jeramiah's ADA Accommodations Once Human Resource Agent Dan Higham from Charter Communications received the ADA Accommodations from Jeramiah.– Dan Higham Called Jeramiah on 03/14/2022 and intimidated Jeramiah over the phone stating that Charter Communications is refusing to accommodate Jeramiah even though they agreed to the accommodations on March 03, 2022 due to Supervisor refusing to accurately document Work injury.

On 03/25/2022 Sharon Lewis a Human Resource Director for New York and Dan Higham Retaliated against Jeramiah's ADA Document and forged an unauthorized document for Unpaid Leave of Absence from March 14, 2022 – April 25, 2022. Jeramiah did not sign or authorize the Unpaid Leave of Absence.

On May 12, 2022, Dan Higham emailed Jeramiah stating there's open positions – and continued to refuse to Accommodate Jeramiah's ADA Accommodations even though Dan Higham promised to accommodate Jeramiah, to work from home due to work related injuries, Supervisor Harassing Jeramiah, inaccurately documenting Incident reports with the milestone log, and due to Jeramiah's Disability.

Jeramiah has been out of work due to Dan Higham denying Jeramiah ADA Accommodations to work from home since March 14, 2022 – Present and ongoing.

In April 2022 Jeramiah reported Dan Higham to the Ethicspoint Hotline for putting Jeramiah in a Hostile work environment and reported to Spectrum employees that his ADA Accommodations were granted on 03/03/2022 if the ADA Document was filed - then taken away on 03/14/2022.

Jeramiah reported on Numerous occassions to Human Resource Dan Higham from December 2021 – March 2022 that his Supervisor James Garrison was assigning address to Jeramiah endangering his life because of his Disability – Dan Higham excused James Garrison's behavior due to being overwhelmed with work.

Jeramiah requested ADA Accommodations for Work related Injuries and Disability to work from home due to his life being endangered by his Supervisor James Garrison and Incident reports being documented inaccurately by Supervisor and Human Resource. Human Resource Dan higham and Spectrum Employees retaliated against Jeramiah's ethic reports and ADA Accommodations.



Jeramiah filed a NYS Division of Human Rights Complaint against Spectrum Charter Communications on 04/11/2022 for Discrimination of Disability, Gender identity of Expression, National Origin, and Retaliation.

NYS Division of Human Rights Granted the Letter of Right to Sue on 02/14/2023.

Spectrum Charter Communication violated
ADA, Rehabilitation Act, 29 CFR Part 1630, 29 CFR Part 1614 - Title I of the ADA.

Under Titles I and V of the Americans with Disabilities Act of 1990 (Pub. L. 101-336) (ADA), as amended, as these titles will appear in volume 42 of the United States Code, beginning at section 12101.

Spectrum Charter Communications violated the above cited ADA Title I and V Laws of the Americans with Disabilities Act of 1990.

The Civil Rights Act of 1991 (Pub. L. 102-166) (CRA) amended sections 101(4), 102 and 509 of the ADA. In addition, section 102 of the CRA (which is printed elsewhere in this publication) amended the statutes by adding a new section following section 1977 (42 U.S.C. 1981) to provide for the recovery of compensatory and punitive damages in cases of intentional violations of Title VII, the ADA, and section 501 of the Rehabilitation Act of 1973 (Rehab Act). The Americans with Disabilities Act Amendments Act of 2008 (Pub. L. 110-325) (ADAAA) amended sections 12101, 12102, 12111 to 12114, 12201 and 12210 of the ADA and section 705 of the Rehab Act. The ADAAA also enacted sections 12103 and 12205a and redesignated sections 12206 to 12213. The ADAAA also included findings and purposes that will not be codified. ADA, Rehabilitation Act, 29 CFR Part 1630.

The Equal Employment Opportunity Commission (EEOC) says that telework/work at home may be a form of reasonable accommodation under the Americans with Disabilities Act (ADA), because changing the location where work is performed may be a form of modifying a workplace policy. Dan granted Jeramiah to work from home with a Job transfer if Jeramiah received ADA accommodations due to work related injury and Disability. Jeramiah received ADA Accommodations on 03/14/2022.

Rehabilitation Act of 1973

The Rehabilitation Act of 1973 (external link), as amended, was made applicable to Federal employees pursuant to the Americans with Disabilities Act (external link) and laid the groundwork for Federal agencies' responsibilities relative to reasonable accommodations. This law prohibits Federal employers from discriminating against qualified individuals with disabilities and requires them to take affirmative action to employ and advance in employment qualified individuals with disabilities. It also requires them to provide reasonable accommodation to applicants and employees with disabilities unless doing so would cause undue hardship.

ADA Title I: Employment

Title, I require employers with 15 or more employees to provide qualified individuals with disabilities an equal opportunity to benefit from the full range of employment-related opportunities available to others. For example, it prohibits discrimination in recruitment, hiring, promotions, training, pay, social activities, and other privileges of employment. It restricts questions that can be asked about an



applicant's disability before a job offer is made, and it requires that employers make reasonable accommodation to the known physical or mental limitations of otherwise qualified individuals with disabilities, unless it results in undue hardship. Religious entities with 15 or more employees are covered under title I.

Spectrum Charter Communications has over +10,000 Employees.

Title I complaints must be filed with the U. S. Equal Employment Opportunity Commission (EEOC) within 180 days of the date of discrimination, or 300 days if the charge is filed with a designated State or local fair employment practice agency. Individuals may file a lawsuit in Federal court only after they receive a "right-to-Sue" letter from the EEOC.

Charges of employment discrimination based on disability may be filed at any U.S. Equal Employment Opportunity Commission field office. Field offices are in 50 cities throughout the U.S. and are listed in most telephone directories under "U.S. Government." Jeramiah filed the complaint on 04/11/2022 against Spectrum Charter Communications for not accommodating Work Injuries or Disability

Rehabilitation Act

The Rehabilitation Act prohibits discrimination on the basis of disability in programs conducted by Federal agencies, in programs receiving Federal financial assistance, in Federal employment, and in the employment practices of Federal contractors. The standards for determining employment discrimination under the Rehabilitation Act are the same as those used in title I of the Americans with Disabilities Act.

Section 501 - Section 501 requires affirmative action and nondiscrimination in employment by Federal agencies of the executive branch. To obtain more information or to file a complaint, employees should contact their agency's Equal Employment Opportunity Office.

Section 503 - Section 503 requires affirmative action and prohibits employment discrimination by Federal government contractors and subcontractors with contracts of more than $10,000. For more information on section 503, contact:

Spectrum Charter Communication violated The Rehabilitation Act Section 501 and 503. - Also Violated

Americans with Disabilities Act of 1990 42 U.S.C. §§ 12101 et seq.

Implementing Regulations: 29 CFR Parts 1630, 1602 (Title I, EEOC) 28 CFR Part 35 (Title II, Department of Justice) 49 CFR Parts 27, 37, 38 (Title II, III, Department of Transportation) 28 CFR Part 36 (Title III, Department of Justice) 47 CFR §§ 64.601 et seq. (Title IV, FCC)

Section 501 of the Rehabilitation Act of 1973, as amended 29 U.S.C. § 791 Implementing Regulation: 29 CFR § 1614.203Section 503 of the Rehabilitation Act of 1973, as amended 29 U.S.C. § 793Implementing Regulation: 41 CFR Part 60-741

Jeramiah's ADA Accommodations would not cause any Hardship to the Company Financially whatsoever. The Company would be saving Money if Jeramiah were to work from home.

Spectrum Employees hacked into my work email and attempted to change the password. Jeramiah cannot afford the filing fee due to Disruption from employment.



Spectrum Employees hacked into Jeramiah's work email and attempted to change the password. Jeramiah cannot afford the filing for a Civil Complaint with the Northern District Federal Court of New York fee due to Disruption from employment.

Jeramiah requested to work from home due to Disability and Work Injuries sustained on the job. Jeramiah's Disability causes Jeramiah to have immunocompromised System and blood platelet deficiency.

James Garrison jeopardized Jeramiah's Life and health exposing Jeramiah to assigned addresses with Spectrum Clients that were diagnosed with COVID19 and jeopardized Jeramiah's life sending Jeramiah to addresses that were already assigned to other Spectrum Employees that attempted to sell the brand.

Jeramiah Brown was harassed by potential Spectrum Customers due to James Garrison repeatedly assigning Addresses that were already distributed/assigned to previous spectrum employees in the same month and week.

After Jeramiah submitted ADA Accommodations on 03/14/2022 - Dan Higham and The Regional Director of Human Resources for Spectrum Sharon Lewis forged and retaliated against Jeramiah by forging an unauthorized Document that Jeramiah did not sign for unpaid leave of absence from March 2022 – April 25, 2022.

James Garrison stole $950.00 from Jeramiah's payroll paycheck on 12/12/2021 - The money was returned on 04/04/2022.

Robert Eaton Senior Human Resource Generalist in Watertown New York emailed Jeramiah on December 27, 2022, for a return of work and insinuated that accommodations would be accommodated.

Robert Eaton and Spectrum Employees continue to refuse and retaliate against Jeramiah accommodating Jeramiah to work from home due to Work injuries and Disability.

Jeramiah received an email from Spectrum recruiting for the CALL CENTER BUSINESS SALES - $18 PER HOUR, PLUS Commission Application for Accommodations to work from home on 04/17/2023 stating -

"Jeramiah,

Thank you for expressing interest in our Call Center Business Sales - $18 Per Hour, plus commission and incentives! opening – 334628BR position. This message confirms that you will no longer be participating in the selection process as we have not received responses in our attempts to contact you. Please don't hesitate to contact me directly if you have any questions. I wish you all the best as you look forward to your career with our company.

Spectrum Recruiting"

Jeramiah had made numerous attempts to contact for a Job transfer as a Call Center Business Sale $18 Per Hour, plus commission but have been retaliated by Spectrum Employees.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/14/2023

**To:** Jeramiah Brown
    35033 Eddy Road
    Theresa, NY 13691

Charge No: 16G-2022-03838

EEOC Representative and email:    TIMOTHY RIERA
    Deputy Director
    Timothy.Riera@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
02/14/2023

Timothy Riera
Acting District Director



Cc:  **Charter Communications Inc**
    **Attn: Director of Human Resources**
    **400 Atlantic Street**
    **10th Floor**
    **Stamford CT 06901**

Please retain this notice for your records.



# Exhibit

# A



**Confidential**

(15)

# Employee Disability Accommodation Request Form
## (Completed by Employee)

| For HR Only: PeopleSoft ID: | Click here to enter text. | Work Location (State): | Click here to enter text |
|---|---|---|---|
| **PeopleSoft Job Title:** | Click here to enter text. | | |
| **Employee Name:** | Jeramiah Brown | **Supervisor:** James Garrison | Click here to enter text. James Garrison |
| **Line of Business:** | Direct Sales Representitive Choose an item. | **Date:** | 03/14/2022 Click here to enter a date. |

**1. Describe the accommodation(s) you think would enable you to perform the essential functions of your job:**

Click here to enter text. At home job.
Working from home would boost my performance.
Working from home would improve my performance and ensure the job is done.

| Requested Accommodation begin date | Click here to enter a date 03/14/2022 |
|---|---|
| Duration of requested Accommodation | Click or tap here to enter text. |
| **2. Have you requested this accommodation(s) before?** | ○ Yes   ☒ No |
| If so, please provide the date | Click here to enter a date. |
| **3. Have you consulted with a Health Care Provider regarding your request?** | ☒ Yes   ○ No |
| If so, please provide the date | Click here to enter a date. 03/14/2022 |

**4. If applicable, please describe your Health Care Provider's recommendations concerning your ability to perform the essential functions of your job:**

Click or tap here to enter text. Dr. Camacho recommends that I work from home due to concerns of my health and to better my job performance. Dr. Camacho recommends looking into Disability compensation due to accident at workplace in December 2021

| Preferred Phone Number: | Click here to enter text. 315 408 3323 |
|---|---|
| Preferred Email Address: | Click here to enter text. Jeramiah.Brown@Charter.com |

| Employee Signature: | Click here to enter text. Jeramiah Brown | Date: | 03/14/2022 |
|---|---|---|---|

*We are gathering the information needed to help us respond to your request. Your cooperation in this process is indispensable. Please forward any information you believe will assist us in responding to your request. Please be aware that additional medical information may be required from your Health Care Provider. As we initiate the interactive process to address your request, we encourage you to complete and return this form to Human Resources within three (3) business days or as soon as possible.*

Revised: November 2021



# Exhibit

# B



**Confidential**



| | Employer Response to Employee Disability Accommodation Request Part 2 (Completed by HR or ESC ADA Rep) | | |
|---|---|---|---|
| **Employee Name:** | Jeramiah Brown | **PeopleSoft ID:** | 6193316 |
| **For ESC Processing Team Name:** | Click here to enter text. | **Entry Date:** | Click or tap to enter a date |
| **Request Start Date:** | Click or tap to enter a date. | **Completion Date:** | Click or tap to enter a date |

**If APPROVED, please check one:**

| | |
|---|---|
| ☒ | All or part of Employee's accdommodation(s) request is approved. |
| ☐ | Accommodation Request was approved, but Employee refused accommodation offered. |

**Please list the disability accommodation(s) that are approved:**

Alternative Accommodation: Approved unpaid 30-day leave from 3/14/2022 – 4/25/2022 to apply to other open positions within the company. If you are unable to secure a position or return to work by the end of the 30-days, your accommodation will be reassessed.

**If NOT APPROVED, please check one:**

| | |
|---|---|
| ☐ | The Health Care Provider Questionnaire requested was not returned. |
| ☐ | The Health Care Provider Questionnaire did not support the need for an accommodation. |
| ☐ | The requested accommodation(s) is not related to an essential function of the employee's job. The employee is able to perform all essential functions of the job without the accommodation requested. |
| ☐ | Employee declined to participate in the interactive process. *Provide details below (including date and method of attempted communication).* Click or tap to enter a date. Click or tap here to enter text. |
| ☐ | The accommodation required the elimination of an essential job function. |
| ☐ | The accommodation required the reassignment of essential job functions to others. |
| ☐ | Charter cannot provide an accommodation that is reasonable without undue hardship. |



Confidential



| | |
|---|---|
| ☐ | Employee did not respond to requests for information |
| ☐ | Employee's employment ended |
| ☐ | Employee went on a leave of absence for a reason that is not related to their own serious health condition/disability |

**Summary of business rationale for denying the requested accommodation:**

Click here to enter text.

| Employee's Signature: | Click or tap here to enter text. | Date: | Click or tap to enter a date. |
|---|---|---|---|

*I acknowledged that Charter's response was discussed with me. I understand that any accommodation that was approved, denied or canceled does not prohibit me from requesting an alternative or additional accommodation(s) in the future.*

| Print HR Director (or above) Name: | Sharon Lewis | | |
|---|---|---|---|
| HR Director (or above) Signature: | *Sharon D. Lewis* | Date Approved: | 3/25/2022 |

| ESC ADA Rep Name: | Click or tap here to enter text. | Date: | Click or tap to enter a date. |
|---|---|---|---|



# Exhibit

## C

**Report Submission Date**
4/16/2022

**Reported Company/Branch Information**
Location Telephone Conversation, Email, Voicemails
City/State/Zip: Watertown, New York, 13601, United States )

**Please identify the person(s) engaged in this behavior:**
Sharon Lewis - Regional Director of NYS Human Resources
Dan Higham - Human Resources

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
James Garrison – DSR Supervisor
Marty Baham - Sales Enablement Supervisor

**Is management aware of this problem?**
Yes

**How long do you think this issue has been going on?**
3 months to a year

**How did you become aware of this issue?**
It happened to me

**Please identify any persons who have attempted to conceal this issue and the steps they took to conceal it:**
Management does not address my concerns. Management excuses bad behavior. Management allows Hostile work environment. Management violates confidential policies in place with ethics complaints. Management does not Accommodate Disabled individuals regards of Compromised Immune Systems. Management does not follow COVID19 Guidelines or NYS COVID19 Guideline Policies. Management talks badly about Workers Union or Workers Unionizing Dan Higham did not keep my Ethics complaint Confidential. Dan Higham shared confidential information about my Ethics complaint to Marty Baham. Due to management violating confidentiality James Garrison Supervisor asked Jeramiah Brown if he wouldn't tattle tale on James Garrison to Human Resources if James Garrison told a joke insulting Jeramiah Brown based on his Disability with his Lisp.

**Details**
Management does not address my concerns. Management excuses bad behavior. Management allows Hostile work environment. Management violates confidential policies in place with ethics complaints. Management does not Accommodate Disabled Individuals regards of Compromised Immune Systems. Management does not follow COVID19 Guidelines or NYS COVID19 Guideline Policies. Management talks badly about Workers Union or Workers Unionizing Dan Higham did not keep my Ethics complaint Confidential. Dan Higham shared confidential information about my Ethics complaint to Marty Baham. Due to management violating confidentiality James Garrison Supervisor asked Jeramiah Brown if he wouldn't tattle tale on James Garrison to Human Resources if James Garrison told a joke insulting Jeramiah Brown based on his Disability with his Lisp.

Management refuse to accommodate Disabled Employee due to his Compromised Immune System. Sharon Lewis wanted Jeramiah Brown to sign documents stating that Jeramiah Brown would be out of work from 03/09/2022 - 04/24/2022 on Unpaid Leave due to Jeramiah Brown requesting ADA Accommodations. Sharon Lewis has retaliated against Jeramiah Brown due to requesting Disability ADA Accommodations regards of his compromised immune system. Sharon Lewis was helping Jeramiah Brown reach a position in Call center SMB. Dan Higham retaliated against Jeramiah Brown and told Jeramiah Brown he could not be in that position because Jeramiah Brown would have to drive to Syracuse which is 1hr from Jeramiah Brown, for the position. Dan Higham laughed at Jeramiah Brown over the phone, and told Jeramiah Brown that he cant have the position because the driving to Syracuse is over the amount of time on Jeramiah Brown's ADA Accommodation. Dan Higham refused to accommodate Jeramiah Brown to work from Home. Dan Higham told Jeramiah Brown that he has to be in the Syracuse Office in order to have the Call Center SMB Position. Management is refusing to accommodate Jeramiah Brown's Disability to work from Home. Management - Sharon Lewis, Dan Higham, Marty Baham, and James Garrison have retaliated against Jeramiah Brown that is unethical and illegal in NYS.

James Garrison also has messed with Jeramiah Brown's hourly pay of $20/hr at the beginning of his employment. Dan Higham messed with Jeramiah Browns hourly pay - under paying Jeramiah Brown. Dan Higham has messed with Jeramiah Brown's Paid time leave, Sick time off, and Vacation Time. James Garrison has messed with Jeramiah Brown's employee Incentives. James Garrison stole employee incentives. Jeramiah Brown was not paid for his Training while in the office from 12/03/2021 - 12/20/2021. Jeramiah Brown did not receive a $5,000 Sign on bonus like other employees. James Garrison and Management have frequently not paid payroll correctly.

James Garrison Bragged while in the Watertown Spectrum Office that Marty Baham would protect James Garrison and back James Garrison up if any legal issues were to arise. Management is involved with EXTREME illegal activity.

Syracuse Region has made it mandatory for Spectrum Employees to have 1 Mobile Connect.

James Garrison insulted Jeramiah Brown over telephone conversation stating Jeramiah Brown could never get a Mobile sale or connect a Mobile phone from a sale. James Garrison stated that Jeramiah Brown only gers ACP sales because Jeramiah Brown is conveniently there at the customers house. James Garrison insulted Jeramiah Brown's work ethic. James Garrison retaliated against Jeramiah Brown.
James Garrison reached out to Jeramiah Brown to have it mandatory that spectrum employees receive at least 1 Mobile connect. James Garrison joked about Jeramiah Brown not getting a Mobile Sale and has retaliated against Jeramiah Brown by implying such policies.

Jeramiah Brown bragged to Jeramiah Brown how Spectrum Charter is over charging Customers in Watertown NY due to the fact that the Watertown Office can handle so much MBPS therefore Watertown residents are paying for a service they are not entirely receiving. Watertown residents were suppose to receive 200mps during 12/01/2021 - 03/01/2022. Spectrum Charter did not allow Watertown NY residents to have 200mps until 03/09/2022. James Garrison bragged how Spectrum Charter would overcharge Watertown Residents and laugh at the situation.

Phishing links are constantly being sent to my Work email from Management. Management constantly tries to hack my devices.

I have been retaliated as an employee due to Management failing to accommodate my Compromised Immune system so I can work from home. Management was going to give me a pay raise then denied the pay raise. Dan Higham refused the pay raise due to my ADA Accommodations. Dan Higham made a snarky remark that I am ineligible for the position due to my ADA Accommodations. Dan Higham has caused me to be out of work for over a month refusing to Accommodate my ADA Accommodations to work from Home.

**Follow-Up Notes**
There are no additional notes for this report.

**Follow-Up Questions/Comments**
4/19/2022 10:06 AM posted by Organization
Charter thanks you for coming forward and reporting this matter. We take potential violations of the Code of Conduct very seriously and appreciate your efforts.

We believe the most effective way to deal with these allegations are through Employee Relations. Therefore, this case has been forwarded to Jeff Vanhook, who will investigate these allegations as appropriate. We encourage you to contact Jeff at Jeff.Vanhook@charter.com or 704-731-3165 to provide any further information and/or determine the status and outcome of this case.

We anticipate completing an investigation within 30 business days or less and a response will be posted shortly after we have completed the investigation. Please follow up in EthicsPoint for additional responses.
9/1/2022 12:05 PM posted by Organization
We have completed an investigation of the matter you reported. We have shared the results with Charter's management




# Exhibit

# D

| 5/04/2022 | Charter comm | Deposit | $954.92 | $954.92 | 5/04/2022 |
| | CHARTER COMM | | | | |

# Exhibit

# E

 Gmail                                    Jeramiah Brown <jeramiahsbrown1@gmail.com>

---

## Open Positions
1 message

---

**Higham, Dan J** <Dan.Higham@charter.com>                        Thu, May 12, 2022 at 4:29 PM
To: "Brown, Jeramiah S" <Jeramiah.Brown@charter.com>, "jeramiahsbrown1@gmail.com" <jeramiahsbrown1@gmail.com>

Hi there,

Hope all is well.

This is a follow up my phone call today. Here are some open positions I could find in the Syracuse, NY and Watertown, NY areas.

https://www.chartercareerconnect.com/search-jobs

Let me know if my search filter didn't work.

Can you also give me a call back when you get this message?

Thank you,



**Dan Higham, SHRM-CP, PHR** | Sr. HR Generalist | (O) 585.756.1775  (M) 607.240.1215

71 Mt. Hope Ave. | Rochester, NY 14620

**Jobs.spectrum.com**

JOIN OUR TALENT NETWORK

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying,

# Exhibit

## F

 Gmail

**Jeramiah Brown <jeramiahsbrown1@gmail.com>**

## Recruiting - Status Update
1 message

**SpectrumRecruiting** <spectrumrecruiting@spectrumemployeecareers.com>
Reply-To: SpectrumRecruiting@charter.com
To: jeramiahsbrown1@gmail.com

Mon, Apr 17, 2023 at
10:57 AM



April 17, 2023

Jeramiah,

Thank you for expressing interest in our Call Center Business Sales - $18 Per Hour, plus commission and incentives! opening —
334628BR position. This message confirms that you will no longer be participating in the selection process as we have not received
responses in our attempts to contact you. Please don't hesitate to contact me directly if you have any questions. I wish you all the
best as you look forward in your career with our company.

Spectrum Recruiting

*This is an auto e-mail. Please do not reply.*

# Exhibit

# G



Jeramiah Brown, 6193316

**Sent Via USPS, FedEx, and Email**

**Personal & Confidential**

December 27, 2022

Jeramiah Brown
35033 Eddy Road
Theresa, NY 13691

Dear Jeramiah,

    I wanted to provide you with the latest update regarding your employment with the Company.  As you know, you have been absent since March of 2022.  I have attempted to interact with you throughout September, October, and into November of 2022 to discuss your current leave and intention or ability to return to work.  Most recently on November 10, 2022, you stated in email that you would not complete a request for accommodation, medical consent, or submit any medical documentation at that time due to there also being an open Workers' Compensation claim.  We have been notified that you did not attend Workers' Compensation hearings on November 7, 2022, and December 19, 2022, and that your claim is now denied and closed.  You are currently absent without approved leave.  It is important you contact me by Friday December 30, 2021 to discuss your intention to return to work.

        **Next Steps:**
- Return To Work:
  - Return to work on or before **January 3, 2023**.
- Accommodation(s):
  - If you are unable to return to work without restriction, but there is a reasonable accommodation that would allow you to return and perform the essential functions of your role, please contact me to discuss.

  - If you are able to return on **January 3, 2023** but are required to work in a different capacity within the Company, please give me a call to discuss how I can assist you with this process. Please review of spectrumemployeecareers.com, etc. If this is the option you would like to pursue, we will work together to address.

It is imperative that you call me at (315) 928-3422 by **Friday December 30, 2022 by 4:00pm EST**. If you do not reach me, please leave a message notifying me of a date/time when you will



Jeramiah Brown, 6193316

be available for me to speak with you via phone.  Failure to respond or return to work will result in termination of employment.

Additionally, I have enclosed a FMLA Rights and Responsibilities Notice for you to review as you closed your email by stating you are entitled to FMLA. You are ineligible for FMLA as you have not met the hours worked requirement of 1,250 hours in the previous 12 months.

Lastly you sent an email that stated my previous correspondence was not sent to your current home address, but you had not notified Charter of a different home address that we were aware of.  Please confirm that this address provided by ESIS is your correct home address as soon as possible.  Charter relies upon the accuracy of information employees provide throughout the employment process, and moving forward, it is the expectation that you would keep your contact information correct and up to date directly in your employee self-service profile through PeopleSoft, or by calling into the employee service center.

Thank you in advance for your response.


Sincerely,


Robert Eaton
Sr. Human Resources Generalist
Robert.J.Eaton@charter.com
(315) 928-3422



Jeramiah Brown, 6193316



COMMUNICATIONS

**Sent Via USPS, FedEx, and Email**

**Personal & Confidential**

December 27, 2022

Jeramiah Brown
35033 Eddy Road
Theresa, NY 13691

Dear Jeramiah,

I wanted to provide you with the latest update regarding your employment with the Company. As you know, you have been absent since March of 2022. I have attempted to interact with you throughout September, October, and into November of 2022 to discuss your current leave and intention or ability to return to work. Most recently on November 10, 2022, you stated in email that you would not complete a request for accommodation, medical consent, or submit any medical documentation at that time due to there also being an open Workers' Compensation claim. We have been notified that you did not attend Workers' Compensation hearings on November 7, 2022, and December 19, 2022, and that your claim is now denied and closed. You are currently absent without approved leave. It is important you contact me by Friday December 30, 2021 to discuss your intention to return to work.

**Next Steps:**
- Return To Work:
    - Return to work on or before **January 3, 2023**.
- Accommodation(s):
    - If you are unable to return to work without restriction, but there is a reasonable accommodation that would allow you to return and perform the essential functions of your role, please contact me to discuss.

    - If you are able to return on **January 3, 2023** but are required to work in a different capacity within the Company, please give me a call to discuss how I can assist you with this process. Please review of spectrumemployeecareers.com, etc. If this is the option you would like to pursue, we will work together to address.

It is imperative that you call me at (315) 928-3422 by **Friday December 30, 2022 by 4:00pm EST**. If you do not reach me, please leave a message notifying me of a date/time when you will



Jeramiah Brown, 6193316

be available for me to speak with you via phone. Failure to respond or return to work will result in termination of employment.

Additionally, I have enclosed a FMLA Rights and Responsibilities Notice for you to review as you closed your email by stating you are entitled to FMLA. You are ineligible for FMLA as you have not met the hours worked requirement of 1,250 hours in the previous 12 months.

Lastly you sent an email that stated my previous correspondence was not sent to your current home address, but you had not notified Charter of a different home address that we were aware of. Please confirm that this address provided by ESIS is your correct home address as soon as possible. Charter relies upon the accuracy of information employees provide throughout the employment process, and moving forward, it is the expectation that you would keep your contact information correct and up to date directly in your employee self-service profile through PeopleSoft, or by calling into the employee service center.

Thank you in advance for your response.


Sincerely,


Robert Eaton
Sr. Human Resources Generalist
Robert.J.Eaton@charter.com
(315) 928-3422